**MOT**
**GABRIEL L. GRASSO, ESQ.**
**State Bar Number 7358**
**9525 Hillwood Dr., Suite 190**
**Las Vegas, Nevada 89134**
**(702) 868-8866**
**Attorneys for YANCEY**

### UNITED STATES DISTRICT COURT

### IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br> )<br> )<br>DAVID YANCEY )<br> )<br> )<br>    Defendant. )<br>_____ ) | Case No.:   2:13-cr-00407-KJD-CWH<br>ORDER GRANTING<br>**UNOPPOSED MOTION TO MODIFY**<br>**CONDITIONS OF PRETRIAL RELEASE** |

DAVID YANCEY, (YANCEY) through his attorney, GABRIEL L. GRASSO, ESQ., respectfully files this Unopposed Motion to Modify Conditions of Pretrial Release. Specifically, YANCEY requests the Court allow his movement restriction within his electronic monitoring to be converted to a curfew.

                                                      Gabriel L. Grasso, P.C.
                                                      State Bar Number 7358
                                                      9525 Hillwood Dr., Suite 190
                                                      Las Vegas, NV 89134
                                                      (702) 868-8866

                                                      _____/s/_____
                                                      GABRIEL L. GRASSO, Esq.

**ARGUMENT**

1. On January 31, 2014 the United States District Court for the Western District of Washington released YANCEY on a personal recognizance bond with electronic monitoring as part of the Location Monitoring Program.

2. On February 18, 2014 YANCEY appeared before this Court and entered a not guilty plea. During the entry of his plea, the Court allowed for YANCEY'S electronic monitoring to remain in place under the same conditions of release imposed by the Western District of Washington.

3. This request is for the Court to allow Pretrial Services to convert YANCEY'S current restriction on movement when he is not working to a more general curfew type of restriction. This will allow YANCEY to travel out of state for employment purposes.

4. Both YANCEY's current Pretrial Officer and AUSA Robert Kneif have no objection to this request.

5. YANCEY respectfully requests this Court allow Pretrial Services to place him on a reasonable daily curfew.

DATED this 23rd day of March, 2015.

Gabriel L. Grasso, P.C.
State Bar Number 7358
9525 Hillwood Dr., Suite 190
Las Vegas, NV 89134
(702) 868-8866

_____/s/_____
GABRIEL L. GRASSO, Esq.

IT IS SO ORDERED.
Dated: March 24, 2016

_____
United States Magistrate Judge